IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY G. TRYON, ) <br> ) <br> Defendant. ) | Case No. 4:10CR3070 |

## ORDER

THIS MATTER comes before the Court on Mr. Tryon's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, filing 18, from September 14, 2010, until September 28, 2010. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Tryon shall file any pretrial motions in the above captioned matter no later than the 28th day of September, 2010. This Court further finds that, based upon the showing set forth in Mr. Tryon's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Tryon in a speedy trial. Accordingly, the time from September 14, 2010, until September 28, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 14th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge