IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY G. TRYON, ) <br> ) <br> Defendant. ) | Case No. 4:10CR3070 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, (filing 25), from November 29, 2010, for approximately 60 days. The Court, being fully advised in the premises, and noting the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Tryon's trial shall be continued until the 31st day of January, 2011, at 9:00 a.m. Mr. Tryon is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Tryon's motion, the ends of justice will be served by continuing his trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from today's date until the date next set for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 10th day of November, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge