IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3070 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| STANLEY G. TRYON, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　After taking evidence, I conclude that there is probable cause to believe that Mr. Tryon failed to comply with the directions of police officers and that he violated state law. Because there were extenuating circumstances and because additional conditions will mitigate the need for detention, I also conclude that he has rebutted the presumption that he should be detained. *See* 18 U.S.C. § 3148(b).

　　　　IT IS ORDERED that the petition for action on pretrial release (filing 28) is terminated, the defendant shall be released and the prior order setting conditions of release (filing 12) is amended as follows:

1.　　The defendant shall not possess or consume alcohol.

2.　　The defendant shall not enter a bar, tavern or other establishment that serves alcohol by the individual glass or individual bottle including, but not limited to, Big Red Keno or Red9.

3.　　The defendant shall not use or possess guns or ammunition and shall immediately transfer to a family member any guns or ammunition currently under his control.

DATED this 7th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge