IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STANLEY G. TRYON, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and without objection by the defendant,

IT IS ORDERED that Defendant Tryon's evidentiary hearing and sentencing are continued to Friday, May 27, 2011, at 11:00 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated May 9, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge